432 A.2d 261

Leace etc., Appellant v. Conover Jr., et al.

Argued March 10, 1980. Thomas H. Goldsmith, for appellant. No appearance entered nor briefs submitted for Conover, appellee. Charles W. Johns, for Bouni, appellee. No appearance entered nor briefs submitted for Fox-Bouni Associates, appellees. John B. Day, for Borough of West Chester, appellee. Joseph A. Torregrossa, for County of Chester, appellee. No appearance entered nor briefs

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

submitted for Blackburn, appellee. No appearance entered nor briefs submitted for Lawver and Winokur, appellees.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.